# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154099

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CHRISTOPHER DUKES,
          Defendant-Appellant.
_____/

SC: 154099
COA: 332255
Oakland CC: 2015-255948-FH

On order of the Court, the application for leave to appeal the May 20, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk

a0726